# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JANICE L. ROBERTS                                                   PLAINTIFF

v.                       No. 4:17CV00793 JLH

ARKANSAS DEPARTMENT OF
WORKFORCE SERVICES                                   DEFENDANT

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Arkansas Department of Workforce Services on the complaint of Janice L. Roberts. The complaint of Janice L. Roberts is dismissed with prejudice.

IT IS SO ORDERED this 17th day of April, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE